United States District Court
Southern District of Texas
**ENTERED**
November 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LONGWOOD CLUB MANAGEMENT, LLC, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> DEPOSITORS INSURANCE COMPANY, § <br> ALLIED PROPERTY AND CASUALTY § <br> INSURANCE COMPANY, NATIONWIDE § <br> INSURANCE SALES COMPANY, LLC, § <br> *Defendants.* § | CIVIL ACTION NO. 4:17-cv-1694 |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY AND NATIONWIDE INSURANCE SALES COMPANY, LLC

Came to be considered the Agreed Stipulation of Dismissal without Prejudice as to Defendant Allied Property and Casualty Insurance Company and Nationwide Insurance Sales Company, LLC, urged by Plaintiff Longwood Club Management, LLC and Defendants Depositors Insurance Company, Allied Property and Casualty Insurance Company, and Nationwide Insurance Sales Company, LLC. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit against Allied Property and Casualty Insurance Company and Nationwide Insurance Sales Company, LLC are hereby dismissed without prejudice to re-filing. This does not apply to claims against Defendant Depositors Insurance Company.

Signed this 29th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

1