IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LONGWOOD CLUB MANAGEMENT, LLC § | | |
|     Plaintiff § | | |
| § | | |
| VS. § | | CIVIL ACTION NO. 4:17-cv-1694 |
| § | | |
| DEPOSITORS INSURANCE COMPANY, et. al. § | | |
|     Defendant § | | |

**ORDER DENYING DEFENDANT DEPOSITORS INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

On this day, the Defendant Depositors Insurance Company's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) was heard, and the Court, after considering the Motion and Plaintiffs' Response, finds that the Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) should be DENIED in all things. It is therefore;

ORDERED that Defendant Depositors Insurance Company's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) is DENIED.

SIGNED this _____ day of _____, _____.

_____
**JUDGE PRESIDING**