UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LONGWOOD CLUB MANAGEMENT, LLC, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| DEPOSITORS INSURANCE COMPANY, | § | CIVIL ACTION NO. 4:17-cv-1694 |
| ALLIED PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY, and | § | |
| NATIONWIDE INSURANCE SALES | § | |
| COMPANY, LLC, | § | |
|    *Defendants.* | § | |

## NOTICE OF SETTLEMENT

Defendant Depositors Insurance Company provides notice to the Court that the parties have agreed to a settlement of all claims in this lawsuit. Accordingly, Depositors respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

                                                                Respectfully submitted,

                                                                */s/ Patrick M. Kemp*
                                                                Patrick M. Kemp
                                                                Texas Bar No. 24043751
                                                                Southern District No. 38513
                                                                pkemp@smsm.com
                                                                Segal McCambridge Singer & Mahoney
                                                                100 Congress Avenue, Suite 800
                                                                Austin, Texas 78701
                                                                (512) 476-7834
                                                                (512) 476-7832 – Facsimile

                                                                **ATTORNEY-IN-CHARGE FOR**
                                                                **DEFENDANT DEPOSITORS INSURANCE**
                                                                **COMPANY**

Of Counsel:

Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
Lauren L. Burgess
Texas Bar No. 24082751
Southern District No. 2110127
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via CM/ECF on this the 13th day of September, 2018.

    Nathan A. Steadman
    Al T. Taxis
    Meyer, Knight & Williams, LLP
    8100 Washington Avenue, Suite 1000
    Houston, Texas 77007

                                              */s/ Patrick M. Kemp*
                                              Patrick M. Kemp