United States District Court
Southern District of Texas
**ENTERED**
September 24, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LONGWOOD CLUB MANAGEMENT, LLC, *et al*,** | § § § | |
| **Plaintiffs,** | § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:17-CV-1694** |
| **DEPOSITORS INSURANCE COMPANY; cp NATIONWIDE MUTUAL INSURANCE COMPANY, *et al*,** | § § § § | |
| **Defendants.** | § § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. #49). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days from the entry of this order on representation that approval of the settlement could not be obtained from principals.

**SIGNED** at Houston, Texas, this 24ᵗʰ day of September, 2018.

_____
**ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE**